# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASHOUR ABDULLAH MUQBEL ALSABRI (ISN 324) <br><br> Petitioner, <br><br> v. <br><br> BARACK OBAMA, President of the United States, *et al.*, <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 06-1767 (RCL) |

## STIPULATION AND ORDER REGARDING
## PETITIONER'S CONTINUED ACCESS TO COUNSEL

WHEREAS this case was terminated pursuant to the Court of Appeal's mandate of June 20, 2012, affirming the denial of Petitioner's petition for writ of habeas corpus (dkt. no. 390);

WHEREAS petitioner Mashour Abdullah Muqbel Alsabri (ISN 324) (hereinafter, "Petitioner") wishes to maintain access to counsel on the terms provided in the Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, issued by Judge Hogan on September 11, 2008, *In re: Guantanamo Bay Detainee Litig.,* Misc. No. 08-442 (TFH) (dkt. no. 235), and entered in this case on the same date (dkt. no. 73) (hereinafter, the "Protective Order"); and

WHEREAS respondents do not object to Petitioner's continued access to counsel on the terms provided below,

IT IS HEREBY STIPULATED AND ORDERED THAT:

1.    The Protective Order shall remain in effect and continue to govern Petitioner's access to counsel while he remains confined at Guantanamo Bay and has the right to seek

further relief by habeas corpus, whether or not he actually continues to have a petition pending before the Court.

2.     This Stipulation and Order is without prejudice to the parties' rights to seek to set aside, modify, or otherwise obtain relief from any provision herein or of the Protective Order on any ground which could be or could have been raised at any time.

3.     The Court shall retain jurisdiction to enforce the terms of this Stipulation and Order.

SEEN AND AGREED TO:

BETH D. JACOB
Kelly Drye & Warren LLP
101 Park Ave.
New York, NY 10178
Tel: 212-808-7800

_____
BRIAN J. NEFF
Schiff Hardin LLP
666 Fifth Avenue
23th Floor
New York, NY 10103
Tel: (212)745-0858

Attorneys for Petitioner

STUART F. DELERY
Principal Deputy Asst. Attorney General

IAN GERSHENGORN
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director

TERRY HENRY
JAMES G. GILLIGAN
Assistant Branch Directors

_____
ANDREW I. WARDEN
TIMOTHY B. WALTHALL
DOUGLAS ROSS
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
(202) 616-5084
Fax: (202) 305-2685

Attorneys for Respondents

2

So ORDERED this _8th_ day of _March_, 2013.

_Roger C. Smith_
UNITED STATES DISTRICT JUDGE

3